KATHERINE A. LAUER
CALIFORNIA STATE BAR NO. 138010
(*Admitted Pro Hac Vice*)
LATHAM & WATKINS LLP
600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CALIFORNIA  92101-3375
E-MAIL:  katherine.lauer@lw.com
TELEPHONE:  (619) 236-1234
FACSIMILE:  (619) 696-7419

MARVIN M. SMITH
IDAHO STATE BAR NO. 2236
ANDERSON NELSON HALL SMITH, P.A.
490 MEMORIAL DRIVE
POST OFFICE BOX 51630
IDAHO FALLS, IDAHO 83405-1630
E-MAIL:  mmsmith@anhs.net
TELEPHONE:  (208) 522-3001
FACSIMILE:  (208) 523-7254

Attorneys for Defendants
EASTERN IDAHO HEALTH SERVICES, INC.,
d/b/a EASTERN IDAHO REGIONAL MEDICAL
CENTER; HCA - IT&S FIELD OPERATIONS, INC.;
HCA - IT&S INVENTORY MANAGEMENT, INC.;
HCA MANAGEMENT SERVICES, L.P.;
HTI HOSPITAL HOLDINGS, INC.;
HEALTHTRUST, INC. - THE HOSPITAL COMPANY;
and HCA INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JENNIFER PUTNAM<br><br>Plaintiffs,<br><br>v.<br><br>EASTERN IDAHO REGIONAL MEDICAL CENTER; EASTERN IDAHO HEALTH SERVICES, INC.; THE BOARD OF TRUSTEES OF MADISON MEMORIAL HOSPITAL; a/k/a, d/b/a MADISON MEMORIAL HOSPITAL; IDAHO FALLS RECOVERY CENTER; MATTHEW STEVENS; MICHELLE DAHLBERG; SPEECH AND LANGUAGE CLINIC, INC., PREMIER THERAPY ASSOCIATES, INC., a/k/a THERAPY SERVICES, INC., a/k/a TETON SPEECH LANGUAGE | Case No. CV 07-192-E-BLW<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

**RULE 7.1 DISCLOSURE STATEMENT - 1**

PATHOLOGY, INC., HCA - THE )
HEALTHCARE COMPANY, a/k/a HCA, )
INC., d/b/a HCA - IT&S FIELD )
OPERATIONS, INC., HCA - IT&S )
INVENTORY MANAGEMENT, INC., HCA )
- MANAGEMENT SERVICES, L.P., HTI )
HOSPITAL HOLDINGS, INC., HEALTH )
TRUST, INC. - THE HOSPITAL )
COMPANY and HCA, INC., )
 )
          Defendants. )
 )
_____ )

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND

THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Eastern Idaho

Health Services, Inc., d/b/a Eastern Idaho Regional Medical Center; HCA – IT& S Field

Operations, Inc.;  HCA – IT&S Inventory Management, Inc.; HCA Management Services, L.P.;

HTI Hospital Holdings, Inc.; Healthtrust, Inc. – The Hospital Company and HCA Inc. f/k/a HCA

– The Healthcare Company (collectively, "Defendants"), state as follows:

Defendant Eastern Idaho Health Services, Inc., d/b/a Eastern Idaho Regional Medical

Center, is wholly owned by defendant HTI Hospital Holdings, Inc.("HTI"), which is wholly

owned by defendant Healthtrust, Inc. – The Hospital Company ("Healthtrust"), which is wholly

owned by defendant HCA Inc.  Hercules Holding II, LLC is the parent company of HCA Inc.,

currently owning approximately 97.5% of its common stock.  Some members of Hercules

Holding II, LLC are affiliated with Merrill Lynch & Co., Inc., a publicly traded company.

Defendant HCA – IT&S Field Operations, Inc. is an indirect subsidiary of HCA Inc. and

is wholly owned by HCA – Information Technology & Services, Inc., which does not have any

publicly held parent company nor does any publicly held company own 10 % or more of its

stock.

**RULE 7.1 DISCLOSURE STATEMENT - 2**

Defendant HCA – IT&S Inventory Management, Inc. is an indirect subsidiary of HCA Inc. and is wholly owned by HCA – Information Technology & Services, Inc., which does not have any publicly held parent company nor does any publicly held company own 10 % or more of its stock.

Defendant HCA Management Services, L.P. is an indirect subsidiary of HCA Inc. and its general partner is CMS GP, LLC, which is wholly owned by Management Services Holdings, Inc., which does not have any publicly held parent company nor does any publicly held company own 10% of more of its stock.

Respectfully Submitted,

DATED:  November 29, 2007

ATTORNEYS FOR DEFENDANTS

ANDERSON NELSON HALL SMITH, P.A.

BY:_____/s/_____
      MARVIN M. SMITH

DATED:  November 29, 2007

LATHAM & WATKINS LLP

BY:_____
      KATHERINE A. LAUER

**RULE 7.1 DISCLOSURE STATEMENT - 3**